JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON A. PETRUSE AND CHRISTINA N. PETRUSE, Husband and Wife, Filing Jointly<br><br>PLAINTIFFS,<br><br>Vs.<br><br>BAMBOO IDE8 INSURANCE SERVICES, LLC; CATLIN INSURANCE COMPANY, INC.; BRANDON HOLT; ANDY RYAN; MARK COWART; JOHN SIMONELLI; AND DOES 1-20, INCLUSIVE.<br><br>DEFENDANTS. | Case No. EDCV 23-863-GW-SHKx<br><br>ORDER ON DISMISSAL<br><br>District Judge:<br>Hon. George H. Wu<br><br>Trial Date: Not Set<br><br>Complaint Filed: 2/10/2023<br>SC of California Case No.: CVRI 2300685 |

## ORDER ON DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**SO ORDERED**

Dated: July 27, 2023

_____
**Hon. George H. Wu**
United States District Judge

**ORDER ON DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**